UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re *
 *
STEPHEN PAGE TODD, * Case No. 14-11423
 *
Debtor. *

**MOTION TO EXTEND TIME TO FILE**
**COMPLAINT OBJECTING TO DISCHARGE**

Comes now RREF II CB Acquisitions, LLC ("RREF II"), a creditor in the above-styled matter, and, pursuant to Bankruptcy Rule 4004(b), respectfully moves the Court to further extend the time for it to file a complaint objecting to discharge and/or nondischargeability action under 11 U.S.C. §§ 523 and 727. For the following reasons, separately and severally, RREF II's motion is due to be granted.

1. Debtor filed his Chapter 7 Petition in this case on July 25, 2014.

2. The deadline established for filing complaint objecting to discharge or dischargeability is October 20, 2014.

4. RREF II needs additional time to determine and investigate potential grounds for objecting to discharge and needs to further examine Debtor. Creditors, Debtor and Trustee have agreed to conduct an examination under Rule 2004. The parties have been unable to schedule the 2004 examination but anticipate doing so in the near future.

5. Debtor does not oppose this motion.

WHEREFORE, for the foregoing reasons, separately and severally, RREF II requests the Court to further extend the time for it to file a complaint objecting to discharge and/or nondischargeability action by an additional sixty days, to and including December 20, 2014.

Dated this 17th day of October, 2014.

Respectfully submitted,

/s/ RICHARD M. GAAL
RICHARD M. GAAL (GAALR3999)
Attorney for RREF II CB Acquisitions, LLC

**OF COUNSEL:**

MCDOWELL KNIGHT
ROEDDER & SLEDGE,
L.L.C. Post Office Box 350
Mobile, Alabama 36601
Telephone: (251) 432-5300
Fax: (251) 432-5303

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished by electronic transmission via filing with the clerk using CM/ECF to all parties listed on the Court's electronic mailing matrix, and all other parties via U. S. Mail, first class postage prepaid on October 17, 2014.

/s/ Richard M. Gaal